IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINCINNATI INSURANCE COMPANY,

    Plaintiff,

v.

O'LEARY PAINT COMPANY, INC.,

    Defendant.

_____/

Case No. 1: 09-cv-690
Honorable Paul L. Maloney

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO
RESPOND TO O'LEARY PAINT COMPANY'S MOTION
TO DISMISS OR TO STAY, OR IN THE ALTERNATIVE, TO TRANSFER**

The Court having read Cincinnati Insurance Company's Unopposed Motion to Extend Time to Respond to O'Leary Paint Company's Motion to Dismiss or to Stay, or in the Alternative, to Transfer filed herein and being fully advised in the premises;

HEREBY GRANTS Cincinnati Insurance Company's Unopposed Motion to Extend Time to Respond to O'Leary Paint Company's Motion to Dismiss or to Stay, or in the Alternative, to Transfer and ORDERS that the new deadline for Cincinnati Insurance Company's Response shall be extended up to and including **November 11, 2009.**

IT IS SO ORDERED this ___3rd___ day of ___November___, 2009.

/s/ Paul L. Maloney
Honorable Paul L. Maloney